# United States Court of Appeals
# for the Fifth Circuit

No. 24-10824

Carroll Independent School District,

*Plaintiff—Appellee*,

*versus*

United States Department of Education; Miguel Cardona, *in his official capacity as Secretary of the United States Department of Education*; Catherine E. LHamon, *in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education*; United States Department of Justice; Merrick B. Garland, *in his official capacity as Attorney General of the United States*; Kristen Clarke, *in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice*,

*Defendants—Appellants*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CV-461

_____

United States Court of Appeals
Fifth Circuit
**FILED**
October 24, 2024
Lyle W. Cayce
Clerk

ORDER:

IT IS ORDERED that Appellants' unopposed motion to stay proceedings in this case pending the issuance of the mandate in Case No. 24-30399 *State of Louisiana v. EDUC* is GRANTED.

_____
DANA M. DOUGLAS
*United States Circuit Judge*