# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 21, 2025

Ms. Allison B. Allman
Jackson Walker, L.L.P.
777 Main Street
Suite 2100
Fort Worth, TX 76102

Mr. Matthew Scott Bowman
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Mr. John J. Bursch
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Mr. Timothy Edward Davis
Jackson Walker, L.L.P.
777 Main Street
Suite 2100
Fort Worth, TX 76102

Mr. Mathew Hoffmann
Alliance Defending Freedom
44180 Riverside Parkway
Lansdowne, VA 20176

Mr. Steven Andrew Myers
U.S. Department of Justice
Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. David Peters
U.S. Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Mr. Jonathan Andrew Scruggs
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260

Mr. Jack Starcher
U.S. Department of Justice

Civil Division, Appellate Section
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Ms. Natalie Deyo Thompson
Alliance Defending Freedom
440 1st Street, N.W.
Suite 600
Washington, DC 20001

Ms. Elizabeth Murray Tulis
U.S. Department of Justice
Civil Division
1100 L Street, N.W.
Poc Agostinho, Jean
Washington, DC 20530

No. 24-10824      Carroll Independent Sch v. EDUC
                  USDC No. 4:24-CV-461

Dear Counsel,

Attached is a revised case caption, which should be used on all future filings in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Rebecca L. Leto, Deputy Clerk
504-310-7703

Case No. 24-10824

Carroll Independent School District,

    Plaintiff - Appellee

v.

United States Department of Education; Denise Carter, Acting Secretary, U.S. Department of Education; Catherine E. LHamon, in her official capacity as Assistant Secretary for Civil Rights at the United States Department of Education; United States Department of Justice; James R. McHenry III, Acting U.S. Attorney General, in his official capacity as Attorney General of the United States; Kristen Clarke, in her official capacity as Assistant Attorney General for the Civil Rights Division of the United States Department of Justice,

    Defendants - Appellants