# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| CARROLL INDEPENDENT SCHOOL DISTRICT,<br><br>      Plaintiff-Appellee,<br><br>      v.<br><br>U.S. DEPARTMENT OF EDUCATION, et al.,<br><br>      Defendants-Appellants. | No. 24-10824 |

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), and Local Rule 42.1, the parties hereby stipulate to dismiss this appeal, with each party to bear its own costs.

*s/Mathew W. Hoffmann*
MATHEW W. HOFFMANN
ALLIANCE DEFENDING FREEDOM
44180 Riverside Pkwy
Lansdowne, VA 20176
(571) 707-4655
mhoffmann@ADFlegal.org

JOHN J. BURSCH
MATTHEW S. BOWMAN
NATALIE D. THOMPSON
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(202) 393-8690
jbursch@ADFlegal.org
mbowman@ADFlegal.org
nthompson@ADFlegal.org

JONATHAN A. SCRUGGS
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org

ALLISON B. ALLMAN
TIMOTHY EDWARDS DAVIS
JACKSON WALKER LLP
777 Main Street
Fort Worth, TX 76102
(817) 334-7200
aallman@jw.com
tdavis@jw.com

Respectfully submitted,

YAAKOV M. ROTH
   *Acting Assistant Attorney General*
MELISSA N. PATTERSON
 */s/ David L. Peters*
JACK STARCHER
STEVEN A. MYERS
DAVID L. PETERS
*Attorneys, Appellate Staff*
*Civil Division, Room 7209*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*(202) 514-1673*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ David L. Peters*
      David L. Peters

# CERTIFICATE OF COMPLIANCE

Pursuant to Fed. R. App. P. 32(g), I hereby certify this filing complies with the requirements of Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Garamond, a proportionally spaced font, and that it complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 28 words, according to Microsoft Word.

*/s/ David L. Peters*
David L. Peters